UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHIRLEY TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:09-CV-318 |
| OFFICE OF REPRESENTATIVE ) | Judge Collier |
| JOHN J. DUNCAN, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the attorneys for the respective parties hereto, Plaintiff Shirley Taylor and Office of Representative John J. Duncan, Jr., that an order shall be entered dismissing, with prejudice, the claims of Shirley Taylor against the Office of Representative John J. Duncan, Jr. The parties shall bear their own costs and attorney's fees.

WE SO STIPULATE.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| By: s/ Jennifer Morton | By: s/ Victoria Botvin |
| Jennifer B. Morton BPR#15585 | Victoria L. Botvin, DC Bar #457501 |
| Maha M. Ayesh BPR #025244 | Russell H. Gore, DC Bar #449231 |
| 8217 Pickens Gap Road | Gloria J. Lett, DC Bar #2893365 |
| Knoxville, TN 37920 | U.S. House of Representatives |
| (865) 579-0708 | Office of House Employment Counsel[1] |
| | 1036 Longworth House Office Building |
| | Washington, DC 20515 |
| | (202) 225-7075 |
| DATED: August 30, 2011 | |

---

[1] Appearing pursuant to 2 U.S.C. § 1408(d).